**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

ORDER
United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CASE NO. 1:19-1141 |
| Pedro Garza et al | § | |

## ORDER STRIKING DOCUMENTS

Counsel for the Government has filed a "Motion for Reciprocal Discovery", **[Doc. 29]**; however, the motion is deficient as checked. (L.R. refers to the Local Rule of this District.)

1. \_\_\_\_ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. \_\_\_\_ Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. \_\_\_\_ One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. \_\_\_\_ A copy of the filing was not provided (LR.5.2).

5. \_\_\_\_ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ✔ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. \_\_\_\_ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. \_\_\_\_ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. \_\_\_\_ OTHER: The Motion does not comply with Cr. L.R. 12.2, which states that motions shall be accompanied "by and averment that the movant has conferred with the Respondent, but that the agreement can not be reached on the disposition of the motion".

**The document is STRICKEN from the record.**

SIGNED on this 23rd day of March, 2020, at Brownsville, Texas.

Ignacio Torteya, III
United States Magistrate Judge