UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR NO: B-19-1141 |
| | § | |
| PEDRO GARZA | § | |

### DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT

COMES NOW Defendant, **PEDRO GARZA**, and files these objections to the presentence report pursuant to Local Rule 16, of the Southern District of Texas.

1) Defendant objects to paragraph number 58 on page 16 of the PSR. Specifically, the U.S. Probation office's finding on the mentioned paragraph that defendant kept or that he should be responsible for maintenance of a warehouse for storing controlled substances or that he should be responsible for a two level increase pursuant to U.S.S.G. § 2S1.1(b)(12).

2) Defendant objects to paragraph number 61 on page 16 of the PSR. Specifically, the finding by the U.S. Probation office that a four-level increase is appropriate pursuant to U.S.S.G. § 3B1.1(a).

3) Defendant objects to paragraph number 89 on page 21 of the PSR. Specifically, the U.S. Probation office's finding on paragraph 89 that defendant should be responsible for 3 criminal history points for the 2008 conviction.

4) Defendant objects to paragraph number 90 on page 22 of the PSR. Specifically, the U.S. Probation office's finding on paragraph 90 that defendant was convicted for class C offense under docket No. 1200020191.

Respectfully submitted,

*/S/   René E. De Coss*

**RENÉ E. DE COSS**, SBN: 00795315
Federal ID #: 20563
Attorney at Law

1

914 E. Van Buren
Brownsville, Texas 78520
Phone: (956) 550-8330
Fax: (956) 550-0641
renedecoss@decosslaw.com


*/S/   Lionel Aaron Pena*

**LIONEL ARON PENA**, SBN: 15739000
Federal ID #: 5681
Law Office of L Aron Pena
600 S Closner
Edinburg, TX 78539
956-383-5311
jericiii@aol.com


## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, a true and correct copy of the above and foregoing instrument has been forwarded via electronic mail to the United States Attorney's Office.

*/S/ René E. De Coss*
RENÉ E. DE COSS